IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00837-PSF-CBS

BAY GEOPHYSICAL, INC., a Delaware corporation,

    Plaintiff,

v.

ONCO PETROLEUM, INC., an Ontario, Canada corporation,

    Defendant.

## ORDER SETTING RULE 16 PRETRIAL SCHEDULING CONFERENCE

    This matter comes before the Court pursuant to F.R.Civ.P. 16 and D.C.COLO.LCivR 16.1 for the setting of a pretrial scheduling conference. It is hereby

    ORDERED that the parties shall appear on **July 11, 2006 at 8:15 a.m.**, in Courtroom A602 of the U.S. District Court for the District of Colorado, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. It is

    FURTHER ORDERED that because this scheduling conference may be set before the defendant has been served or has appeared in the case, counsel for the plaintiff is responsible for notifying the defendant of the setting of the first Rule 16(b) Conference. If plaintiff's counsel is unable to notify the defendant, then plaintiff's counsel shall so notify the Court, at least five (5) business days prior to the scheduled Rule 16(b) Conference, so that the conference can be rescheduled. Given the nature of this action, counsel **need not comply** with the Instructions for Preparation of Scheduling Order (*see* Appendix F of the Local Rules of Practice in the United States

District Court for the District of Colorado) in their entirety. However, the parties shall prepare a proposed joint scheduling order, which is due **at least five days before the Scheduling Conference.**

    DATED: May 24, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge