IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00837-PSF-CBS

BAY GEOPHYSICAL, INC., a Delaware corporation,

     Plaintiff,

v.

ONCO PETROLEUM, INC., an Ontario, Canada corporation,

     Defendant.

---

## ORDER DISCHARGING SHOW CAUSE ORDER AND DIRECTING ENTRY OF DEFAULT JUDGMENT

---

This matter comes before the Court on plaintiff's Motion for Default Judgment (Dkt. # 6) filed June 5, 2006, and the Court's Order to Show Cause (Dkt. # 7), entered June 13, 2006, directing plaintiff to show cause why the motion should not be denied for failure to make service on defendant, a Canadian corporation, in accordance with the Hague Convention.

On June 14, 2006, plaintiff filed its response to the show cause order demonstrating that it had made service in accordance with the Hague Convention. The plaintiff shows that Canada does not object to service being made through judicial officers, or other competent persons, and that service of foreign pleadings from the United States may be effected in Canada through local judicial officers.  Service in this case was made upon defendant by a sheriff of the City Of London, Ontario. Accordingly, the Court discharges its Order to Show Cause.

In addition, proper service having been demonstrated, plaintiff is entitled to the entry of default and a default judgment. Plaintiff served its complaint to enforce an arbitration award on defendant on May 4, 2005 (Dkt. # 2).  Defendant has filed no answer or other responsive pleading as required by Rule12(a), F. R.Civ.P.

Rule 55(b), F.R.Civ.P., provides that a judgment by default may be entered by the Court, and no hearing is required unless the Court finds that one is needed to determine the amount of damages.  Here, the Court finds that no such hearing is necessary, as the motion submitted by plaintiff adequately documents the amount of damages as $199,224.80 pursuant to an arbitration award entered on January 26, 2006, which includes the administrative costs of the arbitration and allowed reasonable attorneys' fees.  Exhibit 4 to Motion for Default, Affidavit of Leon Kurtzwell and attachments thereto.  The motion also seeks post-arbitration interest to May 30, 20006 in the amount of $4,573.35, at the rate of $36.59 per day, and attorneys' fees and costs in the amount of $6,531.80.  Exhibit 5 to Motion for Default, Affidavit of Murray Franke Greenhouse at ¶ 3.

Plaintiff's Motion for Entry of default Judgment (Dkt. # 6) is GRANTED.  The Court confirms the arbitration award entered on January 26, 2006 by the International Centre for Dispute Resolution in Case No. 50 110 T 00036 05, Bay Geophysical, Inc., Claimant and ONCO Petroleum, Inc., Respondent.   The Court further finds that judgment for plaintiff should enter in this case in the amount of the arbitration award of $199,224.80, plus post-arbitration attorneys fees and costs of $6,531.80, plus post

2

arbitration interest at the rate of $36.59 per day through June 22, 2006 in the amount of $5,414.92, for a total amount of $211,171.52.

The Clerk of the Court is directed to enter judgment for plaintiff and against defendant in the amount of $211,171.52, plus post-judgment interest at the statutory rate.  IT IS FURTHER ORDERED that the scheduling conference set for July 11, 2006 is VACATED.

DATED: June 22, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge